**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONNA TUNTEVICH, | ) | |
| on behalf of plaintiff and the class | ) | |
| defined herein, | ) | |
| | ) | 10-cv-2093 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| vs. | ) | Magistrate Judge Mason |
| | ) | |
| LEVENFELD PEARLSTEIN, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Defendant, Levenfeld Pearlstein, LLC, stipulates that it will not make any offer or tender with respect to Plaintiff's individual claims pursuant to Rule 68 or otherwise prior to the refiling of Plaintiff's class certification motion.  Nothing in this stipulation precludes Defendant from making a Rule 68 offer of judgment on a class basis.  In consideration of the foregoing, Plaintiff stipulates to withdraw her pending motion for class certification without prejudice.


Respectfully Submitted,

DONNA TUNTEVICH
By: s/ Tiffany N. Hardy
One of Her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER &
          GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

LEVENFELD PEARLSTEIN, LLC
By: s/ Corinne Heggie
One of Its Attorneys

Peter D. Sullivan
Corinne Heggie
HINSHAW & CULBERTSON, LLP
222 N. LaSalle, Suite 300
Chicago, Illinois 60601
TEL: (312)704-3000
FAX: (312)704-3001

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on August 20, 2010 the foregoing document was filed electronically.  A copy of the foregoing document was served via the Court's ECF system on the following individuals:


Corinne Heggie
cheggie@hinshawlaw.com

Peter D. Schultz
psullivan@hinshawlaw.com


                                                   s/ Tiffany N. Hardy
                                                   Tiffany N. Hardy