IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA TUNTEVICH, on behalf of plaintiff and the class defined herein,<br><br>                Plaintiff,<br>v.<br><br>LEVENFELD PEARLSTEIN, LLC,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 10-cv-2093<br>)<br>)  Magistrate Judge Nan Nolan<br>)<br>) |

## PRELIMINARY APPROVAL ORDER

This matter coming before the Court on the Parties' Joint Motion for Preliminary Approval of a Class Settlement Agreement ("Agreement"), the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Court finds that the proposed settlement is within the range of fairness and reasonableness and grants preliminary approval to it.

2. The Court hereby certifies the following class:

(a) all natural persons with Illinois addresses (b) to whom Defendant sent a document in the form represented by Exhibit A to the Complaint (c) during a period beginning on a date one year prior to the filing of this action (April 5, 2009) and ending twenty (20) days after the filing of this action (April 25, 2010).

The Class described above includes approximately 712 people.

3. Edelman, Combs, Latturner &Goodwin, LLC has been appointed as class counsel.

4. Donna Tuntevich as been appointed as class representative.

5. A hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it and the requests for fees and expenses by counsel for the class will be held before this Court on Jun. 23, 2011 at 10:00 a.m./p.m.

6. The Court approves the proposed form of notice to the class members, to be directed to the last known address of the class members as shown on defendant's records. Defendant's counsel shall cause the third party administrator, First Class, Inc., to mail notice to class members on or before **Apr. 8**, 2011. First Class will have the notice sent by any form of bulk mail that provides address-forwarding mail to each address. First Class will re-mail any notice that is returned with a forwarding address within five (5) business days.

7. The Court finds that mailing of the class notice and the other measures specified above to locate and notify members of the class is the only notice required and that such notice satisfies the requirements of due process and FED. R. CIV. P. 23(c)(2)(B).

8. Class members shall have until **May 23**, 2011 to submit a claim form, to request exclusion or object to the proposed settlement. Any class member who desires to exclude him or herself from the action must mail a request for exclusion to counsel for the Defendant and Class Counsel by that date. Class Counsel shall forward all opt out requests to Counsel for Defendant. Any class members who wish to object to the settlement must submit an objection in writing to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and serve copies of the objection on counsel for Plaintiff and Defendant by that date. Any objection must include the name and number of the case and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the class. Objectors who have filed written objections to the settlement must also appear at the hearing and be heard on the fairness of the settlement.

9. Defendant shall file proof of compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715(b), no later than Mar. 21, 2011.

DATE: 3/9/11        ENTER: _____
                    The Honorable Nan R. Nolan

3